■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SOTO, Appellant. [970 NYS2d 709]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Guzman, J.), imposed April 15, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 257 [2006]; *People v Grant*, 83 AD3d 862, 862-863 [2011]; *People v Bradshaw*, 76 AD3d 566, 569 [2010], *affd* 18 NY3d 257, 264 [2011]; *see also People v Callahan*, 80 NY2d 273, 283 [1992]) and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Chambers and Austin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN STEWARTSON, Appellant. [970 NYS2d 702]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 17, 2006 (*People v Stewartson*, 25 AD3d 629 [2006]), affirming a judgment of the Supreme Court, Kings County, rendered April 10, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Dillon, Angiolillo and Balkin, JJ., concur.